452 So.2d 888 (1984)
Ex parte Anthony Keith JOHNSON.
8 Div. 141.
Court of Criminal Appeals of Alabama.
Rehearing Denied May 24, 1984.
Writ Denied May 25, 1984.
Joseph W. Propst, II and Thomas M. Di Giulian, Decatur, for petitioner.
Charles A. Graddick, Atty. Gen., for respondent.
IT IS ORDERED that the petition for writ of prohibition be denied on the authority of United States v. Crowder, 543 F.2d 312 (D.C.Cir.1976), cert. denied, 429 U.S. 1062, 97 S.Ct. 788, 50 L.Ed.2d 779 (1977); State v. Richards, 585 S.W.2d 505 (Mo. App.1979); State v. Lawson, 187 N.J.Super. 25, 453 A.2d 556 (1982).
IT IS FURTHER ORDERED that the request for stay be denied.
BOWEN, P.J., and TYSON, TAYLOR and PATTERSON, JJ., concur.